AO-10
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2004

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>GILBERT, JOHN P | 2. Court or Organization<br><br>UNITED STATES DISTRICT COURT | 3. Date f Re n<br><br>5/4/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>DISTRICT COURT JUDGE - ACTIVE | 5. ReportType (check appropriate type)<br><br>◯ Nomination, **Date** 10/1/1992<br><br>◯ Initial ⦿ Annual ◯ Final | 6. Reporting Period<br><br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>301 WEST MAIN STREET<br>BENTON. IL 62812 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 filing instructions)

☑ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

2005 MAY 10 A 10: 19
FINANCIAL DISCLOSURE OFFICE
RECEIVED

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE · (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE · (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Old National Bank | Mortgage on Investment Property | M |

| Name of Person Reporting | Date of Report |
|---|---|
| GILBERT, JOHN P | 5/4/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. COM. PEPSICO | A | Div | J | T | | | | | see note in Part VIII |
| 2. COM. HUTTON TEL. TR. | B | Div | K | T | | | | | |
| 3. COM. AT&T | A | Div | J | T | | | | | |
| 4. COM. WALT DISNEY | A | Div | J | T | partial sale | 2/13 | J | A | |
| 5. COM. MFS GV.PL | A | Div | J | T | | | | | |
| 6. COM. FRANKLIN U.S.G. | A | Div | J | T | | | | | |
| 7. COM. OLD NATIONAL BANK | D | Div | N | T | | | | | |
| 8. COM. TEMP. GWTH | A | Div | J | T | | | | | |
| 9. ROYALTY-UNION OIL | A | Div | J | T | | | | | |
| 10. FIRST BANK | A | Int | J | T | closed acct | 2/19 | J | A | |
| 11. OLD NATIONAL BANK-Accounts | A | Int | J | T | | | | | |
| 12. ●UNITS MEADOW RIDGE - ASSESSED VALUE $165.●● | E | Rent | M | S | | | | | |
| 13. TIME SHARES - CANCUN VIVA, MEXICO - 7/7/79 $3,000 | A | Rent | J | R | | | | | |
| 14. BOND - U.S. TREASURY | B | Int | K | T | | | | | |
| 15. COM. TCW CONV. | A | Div | J | T | | | | | |
| 16. COM. BRISTOL MYERS | A | Div | J | T | | | | | |
| 17. COM PHILLIPS PETROL | A | Div | J | T | | | | | |
| 18. COM AMER.ELEC. POWER | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GILBERT, JOHN P | 5/4/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. COM ALLETE | A | Dividend | J | T | | | | | |
| 20. COM XCEL ENERGY | A | Dividend | J | T | | | | | |
| 21. COM SARA LEE | A | Dividend | J | T | | | | | |
| 22. NOTE U.S. TREASURY | A | Interest | J | T | | | | | |
| 23. NOTE U.S. TREASURY | A | Interest | J | T | | | | | |
| 24. NOTE U.S. TREASURY | A | Interest | J | T | | | | | |
| 25. COM CITIZENS COMM. | A | Dividend | J | T | | | | | |
| 26. BOND FED. NAT'L MTG | A | Interest | J | T | | | | | |
| 27. COM COCA-COLA | A | Dividend | J | T | | | | | |
| 28. COM GEN ELECT | A | Dividend | J | T | | | | | |
| 29. COM IBM | A | Dividend | J | T | | | | | |
| 30. COM MOTOROLA | A | Dividend | J | T | | | | | |
| 31. COM HPQ (merged COMPAQ with Hewlett-Packard) | A | Dividend | J | T | | | | | |
| 32. COM SELEGMAN | A | Dividend | J | T | | | | | |
| 33. COM EXXON MOBIL | A | Dividend | J | T | | | | | |
| 34. COM 3-COM | A | Dividend | J | T | | | | | |
| 35. COM TRICON GLBL | A | Dividend | J | T | | | | | |
| 36. COM TECO ENERGY | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| GILBERT, JOHN P | 5/4/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. COM ORACLE | A | Dividend | J | T | | | | | |
| 38. COM MEDITRUST CORP | A | Dividend | J | T | | | | | |
| 39. COM AM. HOME PRODUCTS | A | Dividend | J | T | | | | | |
| 40. COM CATERPILLAR | A | Dividend | J | T | | | | | |
| 41. COM FT. DEARBORN | A | Dividend | J | T | | | | | |
| 42. COM G.M. SERIES G | A | Dividend | K | T | | | | | |
| 43. COM WALMART | A | Dividend | J | T | | | | | |
| 44. COM WESTERN RESOUR | A | Dividend | J | T | | | | | |
| 45. COM PUTNAM VISTA | B | Dividend | K | T | | | | | |
| 46. COM DELL COMPUTER | A | Dividend | J | T | | | | | |
| 47. COM MICROSOFT | A | Dividend | J | T | | | | | |
| 48. BOND SO. ILL. HOSP. | A | Interest | J | T | | | | | |
| 49. COM AMERICA ONLINE | A | Dividend | J | T | | | | | |
| 50. COM CISCO SYSTEMS | A | Dividend | J | T | | | | | |
| 51. COM EASTMAN KODAK | A | Dividend | J | T | | | | | |
| 52. COM PUTNAM GLOBAL | A | Interest | J | T | | | | | |
| 53. COM REGIONS FINANCIAL CORP (f/k/a Union Planters) | A | Dividend | J | T | | | | | |
| 54. COM MUNDER FUND B | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GILBERT, JOHN P | 5/4/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. COM FORD | A | Dividend | J | T | | | | | |
| 56. COM AVAYA INC | A | Dividend | J | T | | | | | |
| 57. COM AWE | A | Dividend | | | sold | 6/16 | J | | |
| 58. COM EMC | A | Dividend | J | T | | | | | |
| 59. COM MIRANT CORP | A | Dividend | J | T | | | | | |
| 60. COM TYCO | A | Dividend | J | T | | | | | |
| 61. COM PALMONE (name change from Palm) | A | Interest | J | T | | | | | |
| 62. COM ZIMMER HOLDINGS | A | Dividend | J | T | | | | | |
| 63. BOND BK OF AMERICA | A | Interest | J | T | | | | | |
| 64. BOND LAQUINTA | A | Interest | J | T | | | | | |
| 65. COM YUM BRANDS (spin-off of Pepsico) | A | Interest | J | T | | | | | |
| 66. COM HARLEY DAVIDSON | A | Interest | J | T | buy | 5/10 | J | | |
| 67. BOND CHI IL LAKE FRONT | A | Interest | J | T | | | | | |
| 68. NOTES GMAC | A | Dividend | | | sold | 6/16 | J | | |
| 69. BOND FORD MOTOR | A | Interest | J | T | | | | | |
| 70. COM AGERE SYSTEMS (spin-off of Lucent) | A | Interest | J | T | | | | | |
| 71. COM COMCAST CORP (spin-off of AT&T) | A | Interest | J | T | | | | | |
| 72. COM VERIZON COMM | A | Interest | J | T | | | | | see note in Part VIII |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GILBERT, JOHN P | 5/4/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. COM AMERICA MOVIL | A | Interest | J | T | | | | | see note in Part VIII |
| 74. COM LUCENT | A | Interest | J | T | | | | | see note in Part VIII |
| 75. COM DTE ENERGY | A | Interest | J | T | | | | | see note in Part VIII |
| 76. COM SOUTHERN COMPANY | A | Interest | J | T | | | | | see note in Part VIII |
| 77. COM AES | A | Interest | J | T | | | | | see note in Part VIII |
| 78. COM TELEFONOS | A | Interest | J | T | | | | | see note in Part VIII |
| 79. COM ADESA INC. (spin-off of Allete) | A | Interest | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

VII. P. 1, item 1 - Pepsico was listed as "sold" in 2003 report and should have been listed as "partial sale." The value code was J and method was T in 2003.

VII. pp. 4-5, items 72 - 78 were listed as "sold" in the 2002 report and they were deleted from the 2003 report. They should have been listed as "partial sale." with the value and method codes for all of these in 2003 being J and T respectively. Judge Gilbert's 2003 and 2004 conflict checklist still contained these investment items, and there were no conflicts that arose in regards to these items in 2003 and 2004.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____     Date____May 4, 2005____

NOTE: ANY [ ] WHO [ ] AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544